### TOWN OF MANSFIELD v. TOWN OF GRANBY.

A person who would have been settled in a new town, had he been at home, when it was formed, is settled there notwithstanding he was then absent, unless he has gained a settlement elsewhere.

ACTION of *assumpsit* for supporting Mary Basset a pauper. Plea — *nonassumpsit*. Issue to the court.

The case was — Said Mary was settled in that part of Symsbury which is now Granby; on the 15th of October 1786, she

came to Mansfield but gained no settlement there; in October
·A. D. 1786, Granby was incorporated into a town, and by the
act of incorporation all the people living within its described
limits, were to belong to the town of Granby; said Mary had
moved away just before the act of incorporation passed, but
had gained no settlement elsewhere; and had now become
chargeable.

Question was — Whether she was to be considered as an in-
habitant of Granby, or should be maintained by the ancient
town of Symsbury including Granby.

By the COURT. The defendants did assume and promise,
upon the principle that had the pauper remained in Granby
she would have been an inhabitant there. Her being gone out
of the place at the time of the incorporation and not having
gained a settlement elsewhere, could make no difference in the
reason and nature of the case.